# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LLOYD CARR#310202,<br>Petitioner | CIVIL DOCKET NO. 5:21-CV-03236 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JERRY GOODWIN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 28], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [Record Document 5] is **DENIED** and **DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. § 2253, **HEREBY DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS, DONE AND SIGNED** in Chambers, this _____ day of May 2023.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE